IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIFFANY AGA, ANDREA BRICHANT )
WESSELLS and KATE TAYLOR, )
)
    *Plaintiffs*, )
) No.3:03-0894
v. ) JUDGE HAYNES
)
FAIRFIELD RESORTS, )
)

    *Defendant*.

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion to strike the attorney's lien of their former counsel (Docket Entry No. 138) is **DENIED**. The Court **AWARDS** the law firm of Wiggins, Childs Quinn and Pantazis, LLC ("WCQP"), Plaintiffs' former counsel, attorney fees in the amount of five thousand dollars ($5,000) to be by paid the Plaintiffs, jointly and severally. The WCQP's attorney lien that was filed in this action is **DISCHARGED** upon Plaintiffs' payment thereof.

**It is so ORDERED.**

Entered this the ___7___ day of June, 2007.

                                      William J. Haynes, Jr.
                                      United States District Judge